**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

MIRACLE HURSTON,                              )
                                             )
                    Plaintiff,                )
                                             )
          v.                                  )      Case No. 1:25-cv-00887-TWP-MG
                                             )
INDIANA GAMING COMPANY LLC, dba               )
HOLLYWOOD CASINO LAWRENCEBURG,                )
                                             )
                    Defendant.                )

### Order Directing Re-Issuance of Service

Notice of Lawsuit and Request to Waive Service of a Summons forms sent to the defendant have not been returned. The clerk is again directed pursuant to Fed. R. Civ. P. 4(c)(3) to issue process to the defendant in the manner specified by Rule 4(d). Process shall consist of the operative Third Amended Complaint (Dkt. 16) and exhibits (Dkt. 16-1), applicable forms (Notice of Lawsuit and Request for Wavier of Service of Summons and Waiver of Service of Summons), the screening order (Dkt. 15), and this Order.

**IT IS SO ORDERED.**

Date:    1/12/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

MIRACLE HURSTON
1812 Grand Avenue
Middletown, OH 45042

INDIANA GAMING COMPANY LLC, dba
HOLLYWOOD CASINO LAWRENCEBURG
777 Hollywood Blvd.
Lawrenceburg, IN 47025